# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SABRINA WILLIAMS** | § | |
| | § | |
| ***Plaintiff, Pro Se,*** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **DALLAS-FORT WORTH INTERNATIONAL AIRPORT BOARD, DFW AIRPORT DEPARTMENT OF PUBLIC SAFETY, OFFICER NIBBLIT, SGT. SOMMERFIELD, DETECTIVE CASE, DETECTIVE CASTILLO, and SSP AMERICA, INC.,** | § | **CIVIL ACTION NO. ____________** |
| | § | |
| ***Defendants*** | § | |

---

**INDEX OF STATE COURT DOCUMENTS**

---

Under Local Rule 81.1, Defendants Dallas-Fort Worth International Airport Board, DFW Airport Department of Public Safety, Officer Nibblit, Sgt. Sommerfield, Detective Case, and Detective Castillo (the "DFW Defendants") provide an index of all documents that clearly identifies each document and indicates the date the document was filed in state court:

| ITEM | DESCRIPTION | DATE |
|---|---|---|
| 1 | Plaintiff's Original Petition (and exhibits) | 12/8/2025 |
| 2 | Paupers Affidavit of Inability to Pay Costs | 12/8/2025 |
| 3 | DFW Defendants' Plea to the Jurisdiction, Original Answer, Affirmative Defenses, and Special Exceptions | 12/18/2025 |
| 4 | Plaintiff's response to DFW Defendants' Plea to the Jurisdiction (and exhibits) | 12/19/2025 |
| 5 | Plaintiff's Notice of Filing Supplemental Evidence (and exhibits) | 12/22/2025 |